United States District Court
Southern District of Texas
**ENTERED**
March 26, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ALBERT REYES | § § § § § § § § § § | CIVIL ACTION NO. 3:20-CV-013 |
| VS. | | |
| COLLECTO, INC. | | |

### ORDER

Your initial scheduling conference in this case is set to take place at 9:30 a.m. on April 22, 2020. That scheduling conference will proceed as scheduled. As a general rule, I require counsel to attend initial scheduling conferences in person. Given the coronavirus outbreak's devastating impact on our society, that general rule is obviously suspended for the April 22, 2020 initial scheduling conferences. In an effort to maximize modern technology, we will conduct the pretrial conferences by videoconference using the platform Zoom. Join the Zoom meeting at:

https://zoom.us/j/921312837
Meeting ID: 921 312 837

Please click the above link at least 5-10 minutes before your hearing to test your system.

Here are some basic instructions on how to use Zoom

### REQUIRED EQUIPMENT

- a telephone; or

- a smart phone with camera; or
- a computer with camera and microphone and access to internet service.

**SOFTWARE**

- Please download the Zoom Client well in advance of the hearing:

    ➢ The free app for smartphone is available at the Apple App Store for iPhones and Google Play for Androids.

    ➢ The Free Software for your computer is available at Zoom.us. Click on the "Resources" tab at the top right and select "Download Zoom Client."

- You do not have to register with Zoom, but it is encouraged and it is free.

Please confer with opposing counsel as required by FED. R. CIV. P. 26(f), and prepare and file by April 14, 2020 a joint discovery/case management plan. Upon receipt and review, I will prepare a draft docket control order and have my case manager send it to all counsel by email a few days before the initial scheduling conference. We will discuss the draft docket control order on the teleconference.

One other note: you are NOT required to wear formal courtroom attire during the videoconference. You are, however, required to wear clothes.

Stay safe!

SIGNED and ENTERED this 26th day of March, 2020.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE